UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BAUTISTA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE MCDONALD,<br><br>　　　　Respondent. | Case No. SACV 11-646 GAF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: June 20, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE